UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 10-04317 SEK |
|---|---|
| EMILIO RODRIGUEZ MENDEZ<br>DEBTOR(S) | CHAPTER 13 |
| CITIBANK N.A (CITI) | Motion for Relief from stay pursuant to 11 U.S.C §362 (d) |
| VS | |
| EMILIO RODRIGUEZ MENDEZ | |
| ALEJANDRO OLIVERAS<br>CHAPTER 13 TRUSTEE | |
| RESPONDENT (S) | |

## ANSWER MOTION RELIEF OF AUTOMATIC STAY

TO THE HONORABLE COURT:

NOW COMES the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That CITI filed a Motion of Relief from Stay stating debtors post petition arrears with mortgage loan.

2. Debtor is submitting evidence of being current with post petition payments. (See evidence attached)

WHEREFORE, it is respectfully requested to this Honorable Court to deny Relief of Automatic from Stay filed by Citi.

I HEREBY CERTIFY: that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to Chapter 13 Trustee, Mrs. Vanessa M Torres Quiñones, Esq. and we sent copy of this document of this document through regular mail to Debtor(s) and all non CM/ECF participants interested parties to their address listed on the master address list.

IN SAN JUAN, PUERTO RICO, this 27TH day of October of 2010.

RESPECTFULLY SUBMITTED.

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

**NEREIDA CUEVAS-HERNANDEZ**
CORREO GENERAL DE CAROLINA
BOX 8173
CAROLINA, PR 00985

162
101-7147/2215

2-18-13

Citimortgage, inc.  $2320.00

dos mil treciento veinte con 00/00

**1First Bank**
SUC. PLAZA CAROLINA 50
CAROLINA, PUERTO RICO

0770542686-9    Nereida Cuevas Hernandez
casa

⑆221571473⑆ 50⑈01869642⑈  0162

Harland Clarke